## A08A1469. NETWORK FOR MEDICAL COMMUNICATIONS & RESEARCH, LLC et al. v. TIDIKIS.

(669 SE2d 529)

BARNES, Chief Judge.

In this case, the following circumstances exist and are dispositive of the appeal:

(1) The evidence supports the judgment;

(2) No reversible error of law appears and an opinion would have no precedential value; and

(3) The judgment of the court below adequately explains the decision.

The judgment of the court below therefore is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Johnson, P. J., and Phipps, J., concur.*

DECIDED NOVEMBER 14, 2008.

*Jackson Lewis, Stephen X. Munger, L. Dale Owens*, for appellants.
*Ashe, Rafuse & Hill, Nancy E. Rafuse, William B. Hill, Jr., Megan A. Kelly*, for appellee.